ORIGINAL

RECEIVED
MAY 2? 2021
PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Carmen L. Mendez

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

United Federation of Teachers, UFT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☑ No
*(check one)*

21-cv-3032

Matsumoto, J

Bloom, M.J.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Carmen L. Mendez
   Street Address: 2297 Utica Avenue
   City and County: Brooklyn
   State and Zip Code: New York 11234
   Telephone Number: 347-866-3580
   E-mail Address: c_mendez09@verizon.net

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: United Federation of Teachers, UFT
   Job or Title (if known):
   Street Address: 52 Broadway
   City and County: NY, NY 10004
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

|  |  |
|--|--|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 3

|  |  |
|--|--|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address City | _____ |
| and County State | _____ |
| and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 4

|  |  |
|--|--|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address City | _____ |
| and County State | _____ |
| and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fraud
Amendment XIV (deprive of property or wages)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Carmen L. Mendez is a citizen of the State of *(name)* New York.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) United Federation of teachers is incorporated under the laws of the State of (name) New York, and has its principal place of business in the State of (name) New York. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~Lumpsum~~ Lump sum + interest

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In December 2020, I received a check from UFT (exhibit 1) and when I called to verify its accuracy, the receptionist also told that I have a lump sum. When I asked how much and when I would receive the money, she said I won't receive any money. I think UFT is keeping the money hostaged to acquire interest to make politics. UFT is keeping this secret. That's constitues Fraud and violation to the 14 Amendment.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want my Lump sum released. I do not know how much it is.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/25/, 2021

Signature of Plaintiff
Printed Name of Plaintiff    Carmen L. Mendez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____x

Carmen L. Mendez Plaintiff

-against-                                                        ___cv___

United Federation of Teachers, UFT Defendants

_____x

Affirmation of Service

I, Carmen L. Mendez, declare under penalty of perjury that I have served a copy of the attached affirmation/affidavit in opposition to defendant's motion upon: United Federation of Teachers, UFT whose address is 52 Broadway, New York, NY 10004

Dated: 5/25/21

Brooklyn, New York

*[signature]*

2297 Utica Avenue
Brooklyn, NY 11234
347-866-3580

*exhibit*

## UNITED FEDERATION OF TEACHERS WELFARE FUND
### EDP Claims-Optional Rider
### 52 BROADWAY
### NEW YORK, NY 10004 - Not valid after 180 days

*exhibit 1*

| CLAIM# | DESCRIPTION | DATE | GROSS AMT. | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| I003306809 | Rider | 12/31/20 | 715.00 | 0.00 | 715.00 |
| | | TOTALS | 715.00 | 0.00 | 715.00 |

**COMMENTS:**

**VENDOR NO.:**
**VENDOR NAME:** CARMEN MENDEZ
**CHECK NO.:** 1651859  **PROCESS LEVEL** RIDER
**CHECK DATE:** 01/06/21  **ALT. LOC. CODE:**